1 **Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
2 Phoenix, AZ 85012
602.248.1000
3
Matthew T. Anderson (025934)
4 mta@jaburgwilk.com

5 Attorneys for Defendant

6

7 **UNITED STATES DISTRICT COURT**

8 **FOR THE DISTRICT OF ARIZONA**

9 Advocates for Individuals with
Disabilities Foundation Inc.,                Case No.
10
Plaintiff,                **Notice of Removal of Civil Action**
11                                           **Under 28 U.S.C. § 1441(a)**

v.
12
TB Properties Augusta Ranch LLC,
13
Defendant.
14

15

16      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

17      PLEASE TAKE NOTICE that Defendant TB Properties Augusta Ranch LLC,

18 hereby removes the state court action described below to this Court pursuant to 28

19 U.S.C. § 1441(a) based on federal question jurisdiction under 28 U.S.C. § 1331.

20 Removal is based upon the following:

21      1.      Plaintiff commenced a civil action on June 10, 2016 in Maricopa County

22 Superior Court under case number CV2016-007032 and captioned as *Advocates for*

23 *Individuals with Disabilities Foundation, Inc. v. TB Properties Augusta Ranch, LLC*

24 (the "State Court Action").

25      2.      Pursuant to 28 U.S.C. § 1446(b), and L.R.Civ. 3.6(b) a copy of the

26 Complaint, Summons, Certificate of Arbitration, and Affidavit of Service are attached

27 as Exhibit "A." Undersigned counsel verifies that Exhibit "A" contains true and

28

JABURG|WILK
Attorneys at Law

1  complete copies of all papers served on Defendant in connection with the State Court

2  Action.

3        3.     The Complaint in the State Court Action asserts one cause of action

4  against Defendant for alleged violations of the Americans with Disabilities Act, 42

5  U.S.C. § 12101 et. seq. (the "ADA"), and its Arizona counterpart, A.R.S. § 41-1492 et

6  seq. (the "AzDA").  See Complaint ¶ 49.

7        4.     Without admitting the truth of any allegation against Defendant, Plaintiff

8  alleges that it has third-party standing under 28 CFR § 36.205 to bring an ADA (and

9  AzDA) claim on behalf of third party disabled individuals against Defendant on the

10  following grounds:

> (1) Violation of the 2010 ADA Standards of Accessibility Design 502.6 in that it fails to include a sign with the International Symbol of Accessibility complying with 703.7.2.1 and (2) Violation of the 2010 ADA Standards of Accessibility Design §§216.5 and 502.6 in that it fails to identify van parking spaces by the designation "van accessible."

16  See Complaint ¶¶ 50 & 69.

17       Plaintiff further alleges that Defendant's conduct listed above constitutes

18  discrimination to Plaintiff under Title III of the ADA, 42 U.S.C. §§ 12101 et seq. and its

19  implementing regulations 28 CFR §§ 36.101 et seq.  (Complaint ¶ 80)

20        5.     This Notice of Removal is filed within thirty days of the initial receipt of

21  Plaintiff's Complaint (served June 29, 2016).  It therefore is filed within the time limits

22  set forth in 28 U.S.C. § 1446 (b).

23        6.     The State Court Action is a civil action involving a federal question

24  arising under the ADA.  Therefore, this Court has original jurisdiction under 28 U.S.C.

25  § 1331 based on federal question jurisdiction because Plaintiff's claim arises under

26  federal law.  This action is properly removed to this Court pursuant to 28 U.S.C. §

27  1441(a).

28

JABURG|WILK
Attorneys at Law

7.     Venue is proper in the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1441(a) because the Maricopa County Superior Court is located within the United States District of Arizona.

8.     There are no Defendants who have not been served, and all served Defendants consent to removal.

9.     A demand for jury trial was made in state court by Plaintiff.  Defendant hereby demands trial by jury on all issues in the case pursuant to Rule 38(b), Federal Rules of Civil Procedure.

10.     Counsel for Defendant hereby certifies that a copy of this Notice of Removal, and a Notice of Filing Notice of Removal, are being filed with the clerk of the Maricopa County Superior Court.

11.     Based on the foregoing, the State Court Action is properly removed to this Court.

DATED this 28th day of July, 2016.

**Jaburg & Wilk, P.C.**

/s/ Matthew T. Anderson
Matthew T. Anderson
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Defendant

### *Certificate of Service*

I hereby certify that on 28<u>th</u> day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik, Esq.
STROJNIK P.C.
1East Washington Street, Suite 500
Phoenix, AZ  85004
9265EBaselineRD@aadi.org
Attorneys for Plaintiff

/s/ Kelli Cunningham

3